**B9A** (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                    Case Number **09–30551–jms**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/20/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):

| | |
|---|---|
| John Hurley<br>315 Fibles Run Ct.<br>Simpsonville, KY 40067 | Cora Hurley<br>315 Fibles Run Ct.<br>Simpsonville, KY 40067 |
| Case Number:<br>09–30551–jms | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1883<br>xxx–xx–6140 |
| Attorney for Debtor(s) (name and address):<br>Julie Ann O'Bryan<br>1717 Alliant Ave #17<br>Louisville, KY 40299<br>Telephone number: (502) 339–0222 | Bankruptcy Trustee (name and address):<br>James D. Lyon<br>209 E High St<br>Lexington, KY 40507<br>Telephone number: (859)252–4148 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **August 27, 2009**                    Time: **09:20 AM**

Location: **Community Trust Bank Bldg, Room 529, 100 E Vine St, 5th Floor, Lexington, KY 40507**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/26/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 7/23/09 |

**Case information 24 hours per day: VCIS 1–800–998–2650 or (859) 233–2650**
**Visit our website at www.kyeb.uscourts.gov for more information.**

# EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

−−**Refer to Other side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0643-3          User: ruthh          Page 1 of 1          Date Rcvd: Jul 23, 2009
Case: 09-30551                Form ID: b9an         Total Noticed: 24
```

The following entities were noticed by first class mail on Jul 25, 2009.
```
db/jdb     +John Hurley,  Cora Hurley,   315 Fibles Run Ct.,   Simpsonville, KY 40067-5439
aty        +Julie Ann O'Bryan,  1717 Alliant Ave #17,   Louisville, KY 40299-6302
tr         +James D. Lyon,  209 E High St,   Lexington, KY 40507-1401
ust        +U.S. Trustee,  100 E Vine St #500,   Lexington, KY 40507-1441
3935115    +53TH/GLELSI,  2401 INTERNATIONAL,   MADISON WI 53704-3121
3935117    +BANK OF AMERICA,  C/O PENNCRO ASSOCIATES INC.,   P.O. BOX 538,   OAKS PA 19456-0538
3935118    +CARMAX BUSINESS SERVICES, LLC,  ATTN: BANKRUPTCY,  P.O. BOX 3174,   MILWAUKEE WI 53201-3174
3935119    +CITIBANK USA,  ATTN.: CENTRALIZED BANKRUPTCY,  P.O. BOX 20507,   KANSAS CITY MO 64195-0507
3935120    +EAGLE FINANCIAL SERVICES,  225 MAIN STREET, SUITE I,   FLORENCE KY 41042-2049
3935121    +EQUIFAX,  P.O. BOX 740241,   ATLANTA GA 30374-0241
3935122    +EXPERIAN,  955 AMERICAN LANE,   SCHAUMBURG IL 60173-4998
3935114   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,  1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: 5/3 BANK,  38 FOUNTAIN SQUARE,   CINCINNATI OH 45263)
3935123    +FIFTH THIRD BANK,  C/O BANKRUPTCY DEPT, MDROPSO5,  1850 EAST PARIS,
             GRAND RAPIDS MI 49546-6210
3935125    +HOME DEPOT CREDIT SERVICES,  P.O. BOX 689100,   DES MOINES IA 50368-9100
3935127    +KOSAIR CHILDREN'S HOSPITAL,  C/O PEDIATRIC ANASTHESIOLOGY ASSOCIATES,   231 E. CHESTNUT,
             LOUISVILLE KY 40202-3800
3935128    +KY HIGHER EDUCATION STUDENT LOAN,  10180 LINN STATION RD.,   SUITE C200,
             LOUISVILLE KY 40223-3832
3935130    +QUEST DIAGNOSITCS,  P.O. BOX 740780,   CINCINNATI OH 45274-0780
3935132    +TRANS UNION,  2 BALDWIN PLACE,  P.O. BOX 1000,   CRUM LYNNE PA 19022-2001
3935133    +WELLS FARGO HOME MORTGAGE,  ATTENTION: BANKRUPTCY DEPARTMENT MAC-X,   3476 STATEVIEW BLVD.,
             FORT MILL SC 29715-7203
```

The following entities were noticed by electronic transmission on Jul 23, 2009.
```
tr         +EDI: BJDLYON.COM Jul 23 2009 19:28:00    James D. Lyon,   209 E High St,
             Lexington, KY 40507-1401
3935116    +EDI: CHASE.COM Jul 23 2009 19:28:00    BABIES-R-US,   P.O. BOX 15298,   WILMINGTON DE 19850-5298
3935119    +EDI: CITICORP.COM Jul 23 2009 19:28:00    CITIBANK USA,   ATTN.: CENTRALIZED BANKRUPTCY,
             P.O. BOX 20507,   KANSAS CITY MO 64195-0507
3935124    +EDI: RMSC.COM Jul 23 2009 19:28:00    GEMB / OLD NAVY,   ATTENTION: BANKRUPTCY,
             P.O. BOX 103106,   ROSWELL GA 30076-9106
3935126    +EDI: CBSKOHLS.COM Jul 23 2009 19:28:00    KOHLS,   ATTN: RECOVERY,   P.O. BOX 3120,
             MILWAUKEE WI 53201-3120
3935129    +EDI: RMSC.COM Jul 23 2009 19:28:00    LOWES / MBGA,   ATTENTION: BANKRUPTCY DEPARTMENT,
             P.O. BOX 103106,   ROSWELL GA 30076-9106
3935131    +EDI: WTRRNBANK.COM Jul 23 2009 19:28:00    TARGET NATIONAL BANK,   P.O. BOX 9475,
             MINNEAPOLIS MN 55440-9475
3935133    +EDI: WFFC.COM Jul 23 2009 19:28:00    WELLS FARGO HOME MORTGAGE,
             ATTENTION: BANKRUPTCY DEPARTMENT MAC-X,   3476 STATEVIEW BLVD.,   FORT MILL SC 29715-7203
                                                                                TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2009**                          **Signature:**   _Joseph Speetjens_