BK0904852
TJK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

IN RE:

Cora Hurley
John Hurley

Debtors

Case No. 09-30551

Chapter 7

Judge Scott

**ORDER GRANTING MOTION FOR
RELIEF FROM THE AUTOMATIC
STAY AND FOR ABANDONMENT OF
PROPERTY OF WELLS FARGO BANK,
N.A.   (PROPERTY ADDRESS: 315
FIBLES RUN COURT, SIMPSONVILLE,
KY 40067)**

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for

Abandonment of Property filed herein by the secured creditor, Wells Fargo Bank, N.A., and it appearing

to the Court that the Debtors, Debtors counsel, the Trustee and any lienholders were served with a copy

of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a

notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken;

accordingly

1

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code

shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns,

and that the Trustee's interest in the subject real property is hereby abandoned.


Pursuant to Local Rule 9022-1(c),

_Joel Jensen_ ,

shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Cora Hurley - Debtor
315 Fibles Run Ct.
Simpsonville, KY 40067
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

John Hurley - Debtor
315 Fibles Run Ct.
Simpsonville, KY 40067
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Joel K Jensen - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

James D. Lyon - Trustee
209 East High Street
Lexington, KY 40507
VIA ELECTRONIC SERVICE

Hon. Julie Ann O'Bryan - Attorney for Debtors
1717 Alliant Ave #17
Louisville, KY 40299
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE


        /s/ Joel K. Jensen
        Joel K. Jensen
        Bar Registration #81820
        513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document*
*has been signed by the Judge and electronically entered by the Clerk in the*
*official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, November 05, 2009**
**(wsh)**